IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:01-CR-109-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| REGGIE COLIN BLOUNT, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for relief pursuant to the First Step Act. Defendant moves for relief under Section 403 of the First Step Act which altered the penalties for multiple convictions under 18 U.S.C. § 924(c). Specifically, section 403 of the First Step Act of 2018, P.L. 115-391, December 21, 2018, 132 Stat. 5194, § 403(a), amended the language of 18 U.S.C. § 924(c)(1)(C), which requires a mandatory minimum 25-year sentence for second or subsequent 924(c) offenses, and permitted "stacking" of sentences for multiple 924(c) counts arising out of the same conviction, to now allow stacking only where a prior 924(c) conviction was final at the time of the instant offense. Id.

However, section 403 of the First Step Act is not retroactive. See § 403(b) (applying the change only "if a sentence for the

offense has not been imposed as of such date of enactment"). Therefore, defendant's motion (DE #100) is DENIED.

This 29th day of April 2020.

                                     _____
                                     Malcolm J. Howard
                                     Senior United States District Judge

At Greenville, NC
#26