IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:01-CR-109-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| REGGIE COLIN BLOUNT, | ) |
| | ) |
| Defendant. | ) |

For good cause having been shown upon the motion of United States, it is hereby

ORDERED that the United States be allowed to respond out of time to Defendant's motion for compassionate release filed on November 23, 2021, [D.E. 108], and be allowed up to and including January 5, 2022, in which to do so.

This 16 day of December, 2021.

JAMES C. DEVER III
United States District Judge