UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-000109-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REGGIE COLIN BLOUNT | ORDER TO SEAL |

On motion of the defendant, Reggie Colin Blount, and for good cause shown, it is hereby ORDERED that **DE 125** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **24** day of **July**, 2025.

_____
JAMES C. DEVER III
United States District Court Judge