IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:01-CR-109-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| REGGIE COLIN BLOUNT, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for compassionate release [D.E. 131] not later than October 1, 2026. Cf. [D.E. 91, 105, 114, 120, 121, 130].

SO ORDERED. This 12 day of August, 2026.

JAMES C. DEVER III
United States District Judge